### TANNENBAUM v. NATCHTIGALL.

(Supreme Court, Appellate Term. October 25, 1899.)

INFERIOR COURT—JURISDICTION—PRESUMPTION.
    The jurisdiction of the municipal court will not be presumed, but all the facts essential thereto must appear in the record.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by Moses Tannenbaum against Simon Natchtigall. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Wm. Klingenstein, for appellant.
Benno Loewy, for respondent.

PER CURIAM. The record fails to show that the defendant is a resident within the jurisdiction of the municipal court, and it has been repeatedly held that all the facts necessary to give an inferior court jurisdiction must appear in the record (Frees v. Ford, 6 N. Y. 176; Gilbert v. York, 111 N. Y. 544, 19 N. E. 268), and that to all such courts the rule necessarily applies that their jurisdiction must

appear, and no presumption can be invoked in their favor (Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319).

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.